S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S

Scholz Design, Inc.
3131 Executive Parkway
Toledo, Ohio 43606,

Plaintiff,

vs.

Harry Allison
12 Heritage Island Road
New Fairfield, Connecticut 06812

and

Virginia Allison
12 Heritage Island Road
New Fairfield, Connecticut 06812

and

Michael A. Gismondi
268 Rolling Hill Road
Portsmouth, RI 02671,

Defendants.

Case No.____________________

(Hon. ______________________)

**COMPLAINT**

S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S

Plaintiff Scholz Design, Inc. ("Scholz") complains against Defendants as follows:

**THE PARTIES**

1. Scholz is a Delaware corporation with its principal place of business in Toledo, Ohio.

2. Harry Allison and Virginia Allison (the "Allisons") are residents of Connecticut and owners of the house located at 12 Heritage Island Road, New Fairfield, Connecticut (the "House").

3. Michael A. Gismondi ("Gismondi") is a Rhode Island resident and is the architect who prepared the architectural drawings for the House.

## JURISDICTION AND VENUE

4. This Court has personal jurisdiction over each Defendant.

5. This Court has subject matter jurisdiction over this civil action for copyright infringement pursuant to 28 U.S.C.A. § 1331 and § 1338(a).

6. Venue is proper pursuant to 28 U.S.C.A. § 1391 and § 1400.

## BACKGROUND

7. Scholz is engaged in the research, development, creation and sale of architectural home designs and drawings. Scholz has developed a network of licensed or registered builders for Scholz designs. Scholz's home designs are sold internationally and in interstate commerce.

8. Scholz has authored architectural designs and drawings entitled "The Alcazar C 50 B" (hereinafter the "Alcazar Design"). A true and accurate copy of the abridged version of the Alcazar Design is attached as **Exhibit A**.

9. The Alcazar Design is an original work of authorship and constitutes copyrightable subject matter under the copyright laws of the United States (17 U.S.C.A. §101 *et seq*.). Scholz is the author of the Alcazar Design and the current claimant in the copyright of the Alcazar Design.

10. Scholz has complied in all respects with the copyright laws of the United States and has secured the exclusive rights and privileges in and to the Alcazar Design. Scholz has applied for and received from the Register of Copyrights the appropriate Certificate of Copyright

Registration for the Alcazar Design. A true and accurate copy of the Certificate of Copyright Registration for the Alcazar Design is attached as **Exhibit B**.

11. Commencing on the date of first publication, and consistently thereafter, the Alcazar Design has been published by Scholz in conformity with the copyright laws of the United States.

**COUNT I**

**(Copyright Infringement for 12 Heritage Island Road, New Fairfield, CT)**

12. Scholz incorporates by reference the allegations contained in paragraphs 1-11 above.

13. Without Scholz's prior knowledge or permission and after Scholz obtained the Certificate of Copyright Registration for the Alcazar Design, Defendants prepared, or induced, caused, or materially contributed to the preparation of, certain architectural drawings by copying the Alcazar Design. Specifically, Defendants have used the drawings and otherwise induced, caused, or directed the wrongfully copied Alcazar Design to be used or exploited in the construction of the House. True and accurate copies of the plans for the House are attached as **Exhibit C**.

14. Upon information and belief, Defendants participated in the infringing activities, including but not limited to the copying of the Alcazar Design, the preparation of the architectural drawings and the construction of the House.

15. Defendants' actions violate Scholz's exclusive copyrights in the Alcazar Design and those actions constitute an infringement of Scholz's copyrights under 17 U.S.C.A. § 106.

16. Upon information and belief, Defendants' copyright infringement was knowing, willful and intentional.

17. Defendants' actions have caused, and will continue to cause, irreparable

damage to Scholz for which there exists no adequate remedy at law.

18. During the pendency of this action, and permanently thereafter, Defendants should be enjoined and restrained from copying, preparing derivative works based upon, or otherwise infringing upon, directly or indirectly, Scholz's copyright in the Alcazar Design.

19. Scholz is entitled to recover all damages suffered as a result of Defendants' wrongful acts, including but not limited to profits obtained by Defendants as a result of their wrongful acts and the loss of profits sustained by Scholz. In the alternative, Scholz is entitled to recover statutory damages in an amount to be determined by the Court. Scholz is also entitled to recover all reasonable attorney's fees, court costs and interest on said damages from the date of Defendants' infringement.

WHEREFORE, Plaintiff Scholz Design, Inc. demands judgment against Defendants as follows:

1. An order from this Court preliminarily and permanently enjoining and restraining Defendants and their respective agents, along with those in active participation with Defendants, from copying, preparing derivative works based upon, or otherwise infringing upon, directly or indirectly, Scholz's copyright in the Alcazar Design in accordance with 17 U.S.C.A. §502;

2. A monetary judgment against Defendants, jointly and severally, for Scholz's damages and the profits derived by Defendants from their unauthorized use of the Alcazar Design and infringement upon Scholz's copyrights in that design; or, in the alternative, statutory damages in an amount to be determined by the Court based upon Defendants' intentional, willful and deliberate copyright infringement in accordance with 17 U.S.C.A. §504;

3. An award of all reasonable attorneys fees and costs incurred by Scholz in pursuit of this copyright infringement claim, along with interest and all damages from the date of

Defendants' infringement in accordance with 17 U.S.C.A. §505; and

4. All other legal and equitable relief as the Court deems just and appropriate.

**JURY DEMAND**

Scholz demands a jury trial.

Respectfully submitted,

Holly M. Polglase, Esq., ct09285
Molly E. Meacham, Esq., ct27746
Campbell Campbell Edwards & Conroy
One Constitution Plaza, Third Floor
Boston, Massachusetts 02129
Telephone: 617-241-3000
Fax: 617-241-5115
Email: hpolglase@campbell-trial-lawyers.com
mmeacham@campbell-trial-lawyers.com

*Of Counsel:*
James L. Rogers (0039743)
Tiffany E. Courtney (0080982)
EASTMAN & SMITH LTD.
One SeaGate, 24th Floor
P. O. Box 10032
Toledo, Ohio 43699-0032
Telephone: (419) 241-6000
Fax: (419) 247-1777
E-MAIL: jlrogers@eastmansmith.com
tecourtney@eastmansmith.com

Attorneys for Plaintiff